■ THEODORA LYDER, Plaintiff, v GORDON S. McKENZIE et al., Defendants, and ILENE M. TYDINGS et al., Defendants and Third-Party Plaintiffs-Respondents, ALBERNA MARCELLE, Also Known as ANITA MARCELLE, Third-Party Defendant-Appellant, et al., Third-Party Defendant. [705 NYS2d 242] —In an action to cancel certain fraudulently-obtained mortgages and recover damages for fraud, the third-party defendant Alberna Marcelle, a/k/a Anita Marcelle, appeals from an order of the Supreme Court, Kings County (G. Aronin, J.), dated March 30, 1999, which denied her motion for summary judgment dismissing the third-party complaint insofar as asserted against her.

Ordered that the order is affirmed, with costs.

Contrary to the appellant's contention, the Supreme Court properly denied her motion for summary judgment dismissing the third-party complaint insofar as asserted against her. There are triable issues of fact as to her role in the procurement of the subject mortgages (*see, Alvarez v Prospect Hosp.*, 68 NY2d 320, 324; *Zuckerman v City of New York*, 49 NY2d 557).

The appellant's remaining contentions are without merit. Thompson, J. P., S. Miller, Florio and Schmidt, JJ., concur.

■ ROBERT T. MASSUCCI, Appellant, v AMOCO OIL COMPANY, Defendant. [705 NYS2d 242] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Nassau County (Winslow, J.), dated February 26, 1999, which denied his motion for leave to amend his complaint to assert a direct cause of action against the former third-party defendants Carbo Industries, Inc., and Carbo Terminal Corp.

Ordered that the order is affirmed, without costs or disbursements.

Under the circumstances of this case, the Supreme Court correctly denied the plaintiff's motion for leave to amend his complaint. Altman, J. P., Friedmann, Krausman and Feuerstein, JJ., concur.